

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00004-CV

In the Interest of M.L.H., a child

On Appeal from the
347th District Court of Nueces County, Texas
Trial Court Cause No. 2015-FAM-1524-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part, and reversed and the cause remanded to the trial court in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART and REVERSED AND REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

April 7, 2022